UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAYLA SMILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01001-JPH-MKK |
| | ) |
| DR. KATIE JENNER, in her official capacity as Indiana Secretary of Education, | ) |
| | ) |
| Defendant. | ) |

**Order Staying Proceedings**

This matter comes before the Court on Plaintiff's Unopposed Motion to Stay All Proceedings Pending Resolution of Appeal, Dkt. [42]. The Court, having reviewed the matter and being duly advised, **GRANTS** the Motion. IT IS THEREFORE ORDERED that this proceeding is **STAYED** pending the resolution of *Smiley v. Jenner*, No. 23-2543, currently before the United States Court of Appeals for the Seventh Circuit.

Within seven (7) days of the Seventh Circuit's mandate or the appeal is otherwise finalized, the parties shall file a joint status report and motion for a telephonic status conference.

So ORDERED.

Date: 08/14/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email